IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:13cr67.4 |
| | § | |
| GUSTAVO ORTIZ-SALAZAR | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On November 6, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress Statements (Dkt. 119) be GRANTED in part and DENIED in part.

The court, having made a *de novo* review of the objections raised by the Government,[1] is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant's Motion to Suppress Statements (Dkt. 119) is **DENIED** as to any statements made to Spiekerman or evidence discovered during that interview and **GRANTED** as to as to any statements made to Cadman or evidence discovered during that interview.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of January, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1] The deadline to file objections was extended by order of the court. *See* Dkt. 155.