| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| V. | § | CASE NO. 4:13-CR-67 | |
| | § | | |
| GUSTAVO ORTIZ-SALAZAR (4) | § | | |
| SALVADOR OCAMPO-VERGARA (7) | § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 4, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Gustavo Ortiz-Salazar's Motion to Exclude, or in the Alternative, to Suppress Defendant's Statements (#200) be DENIED as to both Defendant Gustavo Ortiz-Salazar and Defendant Salvador Ocampo-Vergara.

No objections having been timely filed by the agreed deadline, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant Gustavo Ortiz-Salazar's Motion to Exclude, or in the Alternative, to Suppress Defendant's Statements (#200) is **DENIED** as to both Defendant Gustavo Ortiz-Salazar and Defendant Salvador Ocampo-Vergara.

**Signed this date.**
**May 7, 2015**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE